## A02A1767. HOLLEY v. THE STATE.
(570 SE2d 688)

PHIPPS, Judge.

Following a bench trial, Donnell Wayne Holley was convicted of certain misdemeanor traffic offenses. He appeals, contending that the trial court erred in denying his request for a continuance. Holley, however, failed to comply with his obligation of having the misdemeanor trial transcribed or constructing a record of the trial.[1] In the absence of a transcript, we are unable to review Holley's claim that the court erroneously refused to grant him a continuance.[2]

*Judgment affirmed. Andrews, P. J., and Mikell, J., concur.*

DECIDED AUGUST 30, 2002.

*Michael A. Gabel*, for appellant.

*Joseph J. Drolet, Solicitor-General, Michael Y. Doko, Assistant Solicitor-General*, for appellee.

---

[1] *Nudelman v. State*, 253 Ga. App. 794 (560 SE2d 707) (2002).
[2] See *Alexander v. Guthrie*, 216 Ga. App. 460, 461 (1) (454 SE2d 805) (1995); *Glean v. State*, 197 Ga. App. 34 (3) (397 SE2d 459) (1990).